560 A.2d 145

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**John David KLOSZEWSKI, Respondent.**

Supreme Court of Pennsylvania.

June 27, 1989.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The order of Superior Court is vacated and the order of the Court of Common Pleas of Erie County, denying Respondent's petition to withdraw his plea of nolo contendre and his petition for reconsideration of sentence is reinstated.

Jurisdiction Relinquished.